**No. 60248.**—Juan R. Vega *v.* United States, protest 279925–K (San Juan, P. R.).

Opinion by MOLLISON, J. The protest not having been filed "within sixty days after, but not before such liquidation" under section 514, Tariff Act of 1930, it was dismissed as untimely.